**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| ZIX CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ECHOWORX CORPORATION,<br><br>　　　　Defendant. | Civil Action No. 3:16-cv-01886-N<br><br>JURY TRIAL DEMANDED |

**STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Zix Corporation ("Plaintiff") and Defendant Echoworx Corporation ("Defendant") hereby move for an order dismissing all of Plaintiffs' claims against Defendant in this action with prejudice, and dismissing all of the Defendant's counterclaims against Plaintiffs in this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated:  November 20, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: */s/ Kurt M. Pankratz*
　　　　　　　　　　　　　　　　　　　　　Kurt M. Pankratz
　　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24013291
　　　　　　　　　　　　　　　　　　　　　E-Mail: Kurt.Pankratz@BakerBotts.com
　　　　　　　　　　　　　　　　　　　　　BAKER BOTTS, L.L.P.
　　　　　　　　　　　　　　　　　　　　　2001 Ross Avenue
　　　　　　　　　　　　　　　　　　　　　Dallas, TX 75201-2980
　　　　　　　　　　　　　　　　　　　　　Telephone: (214) 953-6584
　　　　　　　　　　　　　　　　　　　　　Fax: (214) 661-4584

　　　　　　　　　　　　　　　　　　　　　Thomas C. Martin (*Admitted Pro Hac Vice*)
　　　　　　　　　　　　　　　　　　　　　District of Columbia Bar No. 986325
　　　　　　　　　　　　　　　　　　　　　E-mail: Tommy.Martin@BakerBotts.com

        Tanya S. Manno (*Admitted Pro Hac Vice*)
        District of Columbia Bar No. 1029309
        E-mail: Tanya.Manno@BakerBotts.com
        BAKER BOTTS, L.L.P.
        The Warner
        1299 Pennsylvania Ave., NW
        Washington, DC 20004
        Telephone: (202) 639-7802
        Fax: (202) 965-5729

        *Attorneys for Plaintiff Zix.*


        MCKOOL SMITH P.C.

        */s/Eric Hansen*
        Eric Hansen
        Texas State Bar 24062763
        ehansen@mckoolsmith.com
        Douglas A. Cawley
        Texas State Bar No. 04035500
        dcawley@mckoolsmith.com
        Jonathan Powers
        Texas State Bar No. 24098277
        jpowers@mckoolsmith.com
        MCKOOL SMITH, P.C.
        300 Crescent Court, Suite 1500
        Dallas, Texas 75201
        Telephone: (214) 978-4000
        Telecopier: (214) 978-4044

        *Attorneys for Defendant Echoworx Corp.*


**CERTIFICATE OF SERVICE**

I hereby certify on this 20th day of November, 2017, that a copy of the foregoing was filed electronically through the Court's CM/ECF system, with notice of case activity automatically generated and sent electronically to all counsel of record.

        */s/ Kurt M. Pankratz*
        Kurt M. Pankratz